IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIET KIM LE,

        Petitioner,                No. CIV S-06-0201 FCD PAN P

    vs.

WARDEN RICHARD KIRKLAND,

        Respondent.         ORDER

_____/

        Petitioner has filed two motions for an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 8, 2006 and June 6, 2006 motions for an extension of time are granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: June 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
le0201.111(2)